

CLERK OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, INDIANA 47807

SOLORIO VERONICA #16016-112
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, INDIANA 47808-0033

RECEIVED
AUG 14 2020
U.S. CLERK'S OFFICE

INMATE IDENTIFICATION CONFIRMED

LEGAL MAIL