United States District Court
Southern District of Indiana
Terre Haute Division

**FILED**
02/12/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Solario Veronica,

    Plaintiff,

v.

Penny Elmore and
Dr. William Wilson,

    Defendants.

No. 2:20-cv-419-JRS-MJD

### Pro Se Motion to Dismiss
### Bivens Action Against
### Private Contractor Penny Elmore

    This is a Bivens Action by a Federal Prison Inmate asserting a constitutional tort against me (Penny Elmore, Contract CMA/MOA) based on purported acts and omissions on Friday, September 27, 2019 in denying medical treatment at FCC Terre Haute (no Institutional or medical reports allegedly available) and also as against Dr. William Wilson based on purported acts and omission on Monday, September 30, 2019 whereby he allegedly had the Federal Prison Inmate returned to the Prison from an outside Hospital (allegedly there are Hospital Medical Records and Institutional Records available) all of which purportedly placed the Inmate in risk of harm/death. I do not recall the purported Incident alleged by this Inmate.

    I deny the vague and unsupported allegations against me and affirmatvely state that I have no recollection of these purported September 27, 2019 events, have no recollection of a scheduled hours medical appointment (7:30 am to 2:30 pm) or Unit Officer direction for the Plaintif Inmate to be seen in the Prison's health services office on that date and there are no institutional records of any such events.

    More importantly, as shown in my attached "Statement of Work", **I am not a federal official or federal employee**. This was also confirmed to me by Attorney Rob Schalburg with the Bureau of Prisons who has informed me that he could not provide me with a defense in this Bivens Action becaue I am a contractor and not a federal employee. I am a contract employee employed by a private employment company otherwise subject to traditional state tort claims.

    I request that the Court dismiss and deny this Bivens Complaint against me based on **Correctional Services Corp. v. Malesko**, 122 S. Ct. 515 (2001) and **Minneci v. Pollard**, 132 S. Ct. 617 (2012). In addition, I also request additional time to retain counsel to represent me since the federal government cannot represent me in connection with this purported constitutional tort because I am not a federal employee.

Respectfully Submitted,                                    Dated: February  10 , 2021

*[signature]*

Penny Elmore, Pro Se
USP Terre Haute
4700 Bureau Rd South
Terre Haute, IN 47808
Tel: 812-244-4582 (ext: 4582)


Enclosed Statement of Work


**Copy Mailed To (with return receipt requested)**:

Solorio Veronica, Plaintiff Inmate
16016-112
Terre Haute – USP
Terre Haute U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

Kenneth R. Schalburg, Esq.
Supervisory Attorney
Department of Justice (BOP)
Attorney for Defendant Wilson
FCI Terre Haute
4200 Bureau Rd South
Terre Haute, IN 47802
Tel: 812-238-3556
kschalburg@bop.gov

Clerk's Office
United States District Court
Southern District of Indiana (Terre Haute Division)
Birch Bayh Federal Building & Courthouse
46 East Ohio Street
Indianapolis, IN 46204