# STATEMENT OF WORK

# MEDICAL OFFICE ASSISTANT

1. **SERVICE TO BE PERFORMED:** Contractor will provide non-personal services for (4) Medical Office Assistants (MOA) for the Federal Correctional Complex, in Terre Haute, Indiana (FCC Terre Haute).

2. **SCHEDULE:** Services at FCC Terre Haute will be scheduled during the regular work hours (i/e. Monday through Friday) during regular work hours of 7:30 a.m. to 4:00 p.m. Contractor visits to the institutions will be scheduled by the Health Services Administrator. The contractor will be scheduled for (4) to (7) sessions per day, with sessions defined as (1) hour in duration, for an estimated total of 36 sessions per week.

3. **SUPPLIES:** All supplies that the contractor may routinely use will be supplied by FCC Terre Haute. These supplies will normally include any materials needed to perform the services covered under this contract. Any records maintained by the contractor under this contract will remain the property of FCC Terre Haute.

**SCOPE OF SERVICES:**

A. Provide nursing assistant care to include taking and recording patient history, vital signs, making appointment's, assisting PA's and Physicians in clinical activities.

B. Draw blood from patients for analysis or other medical purposes.

C. Collect and process Urinalysis.

D. Operation of EKG machine and other special medical apparatus and equipment within the HSU.

E. Assist PA's and Physicians visiting clinical specialty consultants in the management and coordination of patient flow through the chronic care clinic, optometry and general clinics when scheduled.

F. Will assist primary providers in the urgent care room when necessary.

G. Provide general nursing assistant duties.

H. Receive inmate passes, pull, file, and copy medical records, maintain supplies in all exam rooms and scan records into BEMR.

I. Screen eye exams and assist Physicians and PA's in minor surgical cases.

J. Maintain daily sick call list.

K. Once competencies are complete, will provide intramuscular, subcutaneous, and intradermal injections.

L. Maintain and update BEMR scheduler.

**M.** Enter Callouts into Sentry.

### 4. SPECIAL QUALIFICATION REQUIRED

Candidate must be a graduate of an accredited Medical Office Assistant or Medical Nursing Assistant Program. Not required, but highly recommended, 2 years of documented experience as a Medical Office Assistant. Also must provide 3 letters of reference.

### 5. INMATE MANAGEMENT:

Provisions of services under this contract will require frequent and unsupervised contact with inmates. The contractor will not be responsible for the management of inmates other than those inmates involved in activities within the scope of work. The contractor agrees to attend an orientation program and agrees to abide by rules of the institution to better assure their safety and well-being.

### 6. INSTITUTION SECURITY:

The contractor agrees to adhere to all regulations prescribed by the institution for safety, custody, and conduct of inmates. The contractor shall attend an orientation program prior to assuming institution involvement. Reimbursement of the contractor, for the time spent in the institution orientation or other specific security related training, will be at the contract rate prorated hourly.

### 7. MONITORING OF CONTRACTORS:

Performance will be monitored by the Health Services Administrator.

### 8. OTHER MISCELLANEIOUS INFORMATION:

This is a contractual agreement and not an appointment. All duties outlined in this statement of work shall be performed in accordance with standards and methods generally accepted within the contractors' own field or expertise. This will not constitute an employer/employee relationship.