```
                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF INDIANA
                       TERRE HAUTE DIVISION
```

SOLORIO VERONICA,
    Petitioner,

v.                                      Case No.: 2:20-cv-419 (JRS)(MJD)

PENNY ELMORE, and
DR. WILLIAM WILSON,
    Respondent's

FILED 03/04/2021 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk

## MOTION TO DENY RESPONDENT'S PRO SE MOTION TO DISMISS

Comes now the Petitioner, Solorio Veronica in pro se requesting of this Honorable Court to DENY Respondent, Penny Elmore's Motion to Dismiss on the grounds of being a "contract employee" for the following reasons:

As sworn to in this Petitioner's Brief and Claim, on the date of September 27, 2019, as much as the Respondent would attempt tp claim to this Honorable Court that she was "only" acting in the capacity of a "Contract Employee" this information infact is false and can be verified by those Officer's as stated within this Petitioner's Brief and Claim who gave a "Direct Order" for this Petitioner to report to the Medical Department on an Emergency Basis, not as a "Sick Call" requestee.

This Petitioner was suffering an accute physical shut down to his body as his Gall Bladder was about to explode.

-1-

As further support, as Respondent Penny Elmore attempts to claim in the Motion to Dismiss at Sentence 3-4 that there are "(no institutional or medical reports allegedly available)" this Petitioner would ask that a record of the employee (including contractual) for the date of September 27, 2019 be referenced with actual time stamp included even if verification is required from the contractual employ of said documented work schedule.

Also this Petitioner further avows, that U.S.P. Terre Haute is more secure than that of Las Vegas Casino's as camera's are up throughout the institution and monitored and recorded at all times. It is common knowledge that there is a Camera within the Medical Department Waiting Room where this Petitioner was admitted into the Medical Department by Respondent Penny Elmore yet denied medical attention and told to return to this Petitioner's Dorm.

And lastly in support, and as stated within this Petitioner's Sworn Brief and Claim, this Petitioner is an "INMATE" and does "NOT" possess key's and/or a transmitting radio in which to get "Security Clearance" in which to leave a secured dorm to then proceed on a "Secure Yard" and then walk down a "Secured Coridor" to then be spoken to by medical personal behind a closed and "Secure" door that was opened by Respondent Penny Elmore who in fact denied this Petitioner access and medical assistance.

The Respondent, Penny Elmore would also attempt to decieve this Honorable Court in her 3rd Paragraph statement that states: <u>I am not a federal official or federal employee</u> (quotations marks omitted), and further stated "This was also confirmed to me by Attorney Rob Schalburg with the Federal Bureau of Prisons" who this Petitioner assumes was advised to speak with the "non-employee?"

As a non-employee for the federal government as claimed by Respondent Penny Elmore, it is common practice for this non-employee to carry and have in her possession federal employee keys that lock and unlock security doors at a federal institution as well as a transmittable radio that is connected to the frequency of the Federal Bureau of Prisons at Terre Haute. In actuality, it is common practice for Respondent Penny Elmore to infact act and/or portray any other member of the security team at U.S.P. Terre Haute as she infact did on this day September 27, 2019. (emphasis added).

WHEREFORE, with the given facts submitted within this Motion to Deny Respondent's Motion to Dismiss, this Petitioner prays of this Honorable Court to allow this Respondent to remain within this Petitioner's Bivens Action as she is a "Direct" party to the claim as well as Respondent Dr. William Wilson - and dismissing either would be a grave miscarriage of justice as each party carries an equal portion of this Petitioner's claim of guilt in the matter and infact showed deliberate indifference in denying medical attention to this Petitioner respectfully.

As such, this Petitioner again comes before this Honorable Court seeking an Evidentiary Hearing, Oral Argument, and a Trial with a Jury, hereby submitted this the 11th day of February, 2021 to this Honorable Court for hearing respectfully.

*Solorio Veronica* (signature)
Solorio Veronica:

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Deny Respondent's pro se Motion to Dismiss was hereby given to the officer in charge of Legal Mail Services at the U.S.P. Terre Haute Prison, the following on this the 11th day of February 2021 for mailing to the Clerk of the United States District Court for filing.

Due to Program Statements and Policies throughout the Federal Bureau of Prisons prohibiting Inmate - Staff Correspondence, it is furhter requested that this Honorable Court serve a copy of this Petitioner's response to the Respondent(s), Penny Elmore, et. al. respectfully.

*Solorio Veronica* (signature)
Solorio Veronica #16016-112
United States Penitentiary
P.O. BOX 33
Terre Haute, IN. 47808-0033