UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SOLORIO VERONICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00419-JRS-MJD |
| | ) | |
| PENNY ELMORE, C.M.A, and | ) | |
| DR. WILLIAM WILSON, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WILSON'S MOTION FOR SUMMARY
JUDGMENT ON FAILURE TO EXHAUST DEFENSE**

Because Plaintiff Solorio Veronica failed to exhaust his mandatory administrative remedies as to his claims against Defendant Dr. William Wilson before filing this action, Dr. Wilson, in his individual capacity, by counsel, respectfully moves the Court to grant summary judgment in his favor under Federal Rule of Civil Procedure 56(c). In support of this motion, Dr. Wilson contemporaneously files his Brief in Support of Defendant Wilson's Motion for Summary Judgment on Failure to Exhaust Defense and designates the following evidence, which is incorporated by reference and made a part hereof:

1. Complaint [Filing No. 1];

2. Defendant Wilson's Answer and Affirmative Defenses to Plaintiff's Complaint and Demand for Jury Trial [Filing No. 16];

3. Declaration of Renee Turner [Filing No. 17-1], attached to this motion as Defendant's Exhibit A, and its attachments:

    a. Turner Declaration Attachment 1, SENTRY Inmate History - Quarters for Solorio Veronica [Filing No. 17-2];

b. Turner Declaration Attachment 2, Public Information - Inmate Data for Solorio Veronica [Filing No. 17-3]; and

c. Turner Declaration Attachment 3, SENTRY Administrative Remedy Generalized Retrieval for Solorio Veronica, dated March 9, 2021 [Filing No. 17-4]; and

d. Turner Declaration Attachment 4, Remedy Packet for Remedy Case Number 999152 [Filing No. 17-5].

WHEREFORE, Defendant, Dr. William Wilson, M.D., by counsel, respectfully requests that the Court grant summary judgment in his favor and against Plaintiff Solorio Veronica on his exhaustion defense and dismiss Veronica's Complaint, along with all other just and proper relief.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, a copy of the foregoing *Defendant Wilson's Motion for Summary Judgment on Failure to Exhaust Defense* was filed electronically. Service of this filing was made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on March 15, 2021, a copy of *Defendant Wilson's Motion for Summary Judgment on Failure to Exhaust Defense* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Solorio Veronica
Reg. No. 16016-112
USP Terre Haute
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204