```
REG NO..: 16016-112 NAME....: VERONICA, SOLORIO CAJERO
CATEGORY: QTR       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP   DATE/TIME
THP    F01-220L   HOUSE F/RANGE 01/BED 220L          02-04-2021 0820 CURRENT
THP    F01-222L   HOUSE F/RANGE 01/BED 222L          01-18-2021 0742 02-04-2021 0820
THP    F02-222L   HOUSE F/RANGE 02/BED 222L          01-13-2021 1342 01-18-2021 0742
THP    F02-220L   HOUSE F/RANGE 02/BED 220L          11-04-2020 1256 01-13-2021 1342
THP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD       11-04-2020 0228 11-04-2020 1256
THP    F02-220L   HOUSE F/RANGE 02/BED 220L          12-04-2019 0900 11-04-2020 0228
THP    F02-219L   HOUSE F/RANGE 02/BED 219L          11-21-2019 1143 12-04-2019 0900
THP    F02-219L   HOUSE F/RANGE 02/BED 219L          11-14-2019 1855 11-21-2019 1005
THP    H01-001L   HOUSE H/RANGE 01/BED 001L          11-14-2019 1630 11-14-2019 1758
THP    Z03-150LAD HOUSE Z/RANGE 03/BED 150L AD       11-13-2019 2030 11-14-2019 1059
THP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD       11-13-2019 2012 11-13-2019 2030
THP    F02-219L   HOUSE F/RANGE 02/BED 219L          11-06-2019 1031 11-13-2019 2012
THP    Z01-114LAD HOUSE Z/RANGE 01/BED 114L AD       11-06-2019 1029 11-06-2019 1031
THP    Z01-114LAD HOUSE Z/RANGE 01/BED 114L AD       11-05-2019 2014 11-06-2019 0913
THP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD       11-05-2019 1958 11-05-2019 2014
THP    F02-219L   HOUSE F/RANGE 02/BED 219L          10-16-2019 1729 11-05-2019 1958
THP    F02-219L   HOUSE F/RANGE 02/BED 219L          05-29-2019 0922 09-30-2019 1759
THP    F02-219U   HOUSE F/RANGE 02/BED 219U          05-24-2019 0900 05-29-2019 0922
THP    B01-105L   HOUSE B/RANGE 01/BED 105L          12-15-2017 0900 05-24-2019 0900
THP    B01-106L   HOUSE B/RANGE 01/BED 106L          06-14-2017 0649 12-15-2017 0900
THP    B01-105L   HOUSE B/RANGE 01/BED 105L          10-25-2013 1403 06-14-2017 0649
THP    B01-116L   HOUSE B/RANGE 01/BED 116L          10-25-2013 1314 10-25-2013 1403
THP    B01-117L   HOUSE B/RANGE 01/BED 117L          04-16-2010 1158 10-25-2013 1314
THP    B01-117U   HOUSE B/RANGE 01/BED 117U          04-13-2010 1044 04-16-2010 1158
THP    B01-203L   HOUSE B/RANGE 01/BED 203L          03-09-2009 2025 04-13-2010 1044
THP    R01-001L   HOUSE R/RANGE 01/BED 001L          03-09-2009 1601 03-09-2009 2025
OKL    Z01-706LAD HOUSE Z/RANGE 01/BED 706L AD       03-03-2009 2100 03-09-2009 0340
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L          03-03-2009 1635 03-03-2009 2100
GIL    R01-001L   HOUSE R/RANGE 01/BED 001L          03-03-2009 0632 03-03-2009 0736
GIL    Z01-205UAD HOUSE Z/RANGE 01/BED 205U AD       02-07-2009 2040 03-03-2009 0632
GIL    Z01-201UAD HOUSE Z/RANGE 01/BED 201U AD       01-24-2009 1902 02-07-2009 2040
GIL    Z01-204UAD HOUSE Z/RANGE 01/BED 204U AD       01-06-2009 1857 01-24-2009 1902
GIL    Z02-109LDS HOUSE Z/RANGE 02/BED 109L DS       01-03-2009 1948 01-06-2009 1857
GIL    Z02-110LDS HOUSE Z/RANGE 02/BED 110L DS       12-21-2008 1206 01-03-2009 1948
GIL    Z02-110LDS HOUSE Z/RANGE 02/BED 110L DS       12-21-2008 1417 12-22-2008 1055
GIL    Z04-001L   HOUSE Z/RANGE 04/BED 001L          12-21-2008 1148 12-21-2008 1417
HAZ    R01-001L   HOUSE R/RANGE 01/BED 001L          12-21-2008 0550 12-21-2008 0659
HAZ    Z05-159LAD HOUSE Z/RANGE 05/BED 159L AD       12-12-2008 1149 12-21-2008 0550
HAZ    Z05-158LAD HOUSE Z/RANGE 05/BED 158L AD       12-11-2008 0403 12-12-2008 1149
HAZ    Z05-159LAD HOUSE Z/RANGE 05/BED 159L AD       12-10-2008 1219 12-11-2008 0403
HAZ    Z05-158UAD HOUSE Z/RANGE 05/BED 158U AD       11-22-2008 1256 12-10-2008 1219


G0002        MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 1**

```
 REG NO..: 16016-112 NAME....: VERONICA, SOLORIO CAJERO
 CATEGORY: QTR       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
HAZ    Z05-157UAD HOUSE Z/RANGE 05/BED 157U AD    11-06-2008 1344 11-22-2008 1256
HAZ    Z05-156UAD HOUSE Z/RANGE 05/BED 156U AD    10-29-2008 0946 11-06-2008 1344
HAZ    Z05-157UAD HOUSE Z/RANGE 05/BED 157U AD    10-12-2008 2249 10-29-2008 0946
HAZ    Z05-145LAD HOUSE Z/RANGE 05/BED 145L AD    10-12-2008 2204 10-12-2008 2249
HAZ    Z05-157UAD HOUSE Z/RANGE 05/BED 157U AD    09-30-2008 0859 10-12-2008 2204
HAZ    Z05-157LAD HOUSE Z/RANGE 05/BED 157L AD    09-16-2008 1324 09-30-2008 0859
HAZ    Z03-132LAD HOUSE Z/RANGE 03/BED 132L AD    09-16-2008 1108 09-16-2008 1324
HAZ    Z05-157UAD HOUSE Z/RANGE 05/BED 157U AD    08-22-2008 2204 09-16-2008 1108
HAZ    Z01-115LDS HOUSE Z/RANGE 01/BED 115L DS    08-18-2008 1209 08-22-2008 2204
HAZ    Z01-116LDS HOUSE Z/RANGE 01/BED 116L DS    08-14-2008 2042 08-18-2008 1209
HAZ    Z01-001U   HOUSE Z/RANGE 01/BED 001U       08-14-2008 1649 08-14-2008 2042
CUM    Z03-126LAD HOUSE Z/RANGE 03/BED 126L AD    07-25-2008 1817 08-14-2008 1515
CUM    Z03-129LAD HOUSE Z/RANGE 03/BED 129L AD    07-07-2008 1519 07-25-2008 1817
CUM    Z05-229UAD HOUSE Z/RANGE 05/BED 229U AD    07-04-2008 1611 07-07-2008 1519
CUM    Z05-228UAD HOUSE Z/RANGE 05/BED 228U AD    06-26-2008 1617 07-04-2008 1611
CUM    R01-001L   HOUSE R/RANGE 01/BED 001L       06-26-2008 1431 06-26-2008 1617
HAZ    Z06-247UAD HOUSE Z/RANGE 06/BED 247U AD    05-12-2008 1022 06-26-2008 1247
HAZ    Z06-248UAD HOUSE Z/RANGE 06/BED 248U AD    03-24-2008 1011 05-12-2008 1022
HAZ    Z06-249UAD HOUSE Z/RANGE 06/BED 249U AD    03-12-2008 1320 03-24-2008 1011
HAZ    Z05-148UAD HOUSE Z/RANGE 05/BED 148U AD    03-11-2008 2115 03-12-2008 1320
HAZ    Z03-130LAD HOUSE Z/RANGE 03/BED 130L AD    03-11-2008 2058 03-11-2008 2115
HAZ    Z01-001U   HOUSE Z/RANGE 01/BED 001U       03-11-2008 2046 03-11-2008 2058
HAZ    R01-001L   HOUSE R/RANGE 01/BED 001L       03-11-2008 1830 03-11-2008 2046
OKL    Z01-729UAD HOUSE Z/RANGE 01/BED 729U AD    02-26-2008 2348 03-11-2008 1000
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L       02-26-2008 2229 02-26-2008 2348
OKL    C12-422L   HOUSE C/RANGE 12/BED 422L       02-26-2008 2040 02-26-2008 2229
TAL    J03-134L   HOUSE J/RANGE 03/BED 134L       02-13-2008 1338 02-26-2008 0847
TAL    J03-136L   HOUSE J/RANGE 03/BED 136L       02-09-2008 1446 02-13-2008 1338
TAL    J03-144L   HOUSE J/RANGE 03/BED 144L       01-17-2008 2126 02-09-2008 1446
TAL    J09-001L   HOUSE J/RANGE 09/BED 001L       01-17-2008 1701 01-17-2008 2126
CLP    Z07-106LAD HOUSE Z/RANGE 07/BED 106L AD    01-13-2008 1246 01-17-2008 1044
CLP    Z07-105LAD HOUSE Z/RANGE 07/BED 105L AD    12-26-2007 1200 01-13-2008 1246
CLP    Z03-106LAD HOUSE Z/RANGE 03/BED 106L AD    12-16-2007 1311 12-26-2007 1200
CLP    Z03-105LAD HOUSE Z/RANGE 03/BED 105L AD    11-25-2007 1050 12-16-2007 1311
CLP    Z03-104UAD HOUSE Z/RANGE 03/BED 104U AD    11-05-2007 1253 11-25-2007 1050
CLP    Z03-120UAD HOUSE Z/RANGE 03/BED 120U AD    10-14-2007 1325 11-05-2007 1253
CLP    Z03-114UAD HOUSE Z/RANGE 03/BED 114U AD    09-23-2007 1326 10-14-2007 1325
CLP    Z03-112UAD HOUSE Z/RANGE 03/BED 112U AD    09-02-2007 1128 09-23-2007 1326
CLP    Z03-109UAD HOUSE Z/RANGE 03/BED 109U AD    08-12-2007 1411 09-02-2007 1128
CLP    Z03-108LAD HOUSE Z/RANGE 03/BED 108L AD    07-01-2007 1333 08-12-2007 1411
CLP    Z03-106LAD HOUSE Z/RANGE 03/BED 106L AD    06-20-2007 1432 07-01-2007 1333



G0002       MORE PAGES TO FOLLOW . . .
```

```
    REG NO..: 16016-112 NAME....: VERONICA, SOLORIO CAJERO
    CATEGORY: QTR        FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
 CLP    Z07-120UAD HOUSE Z/RANGE 07/BED 120U AD   06-18-2007 1336 06-20-2007 1432
 CLP    Z07-118UAD HOUSE Z/RANGE 07/BED 118U AD   05-27-2007 1150 06-18-2007 1336
 CLP    Z07-115UAD HOUSE Z/RANGE 07/BED 115U AD   05-06-2007 1227 05-27-2007 1150
 CLP    Z07-114UAD HOUSE Z/RANGE 07/BED 114U AD   04-26-2007 1511 05-06-2007 1227
 CLP    K01-211L   HOUSE K/RANGE 01/BED 211L      11-01-2006 1059 04-26-2007 1511
 CLP    K01-217U   HOUSE K/RANGE 01/BED 217U      10-31-2006 2243 11-01-2006 1059
 CLP    R01-001L   HOUSE R/RANGE 01/BED 001L      10-31-2006 1708 10-31-2006 2243
 OKL    C08-423L   HOUSE C/RANGE 08/BED 423L      10-27-2006 1815 10-31-2006 0925
 VIP    A12-212U   HOUSE A/RANGE 12/BED 212U      10-16-2006 1809 10-27-2006 0446
 VIP    R01-001L   HOUSE R/RANGE 01/BED 001L      10-16-2006 1520 10-16-2006 1809
 ATW    Z02-206LAD HOUSE Z/RANGE 02/BED 206L AD   10-03-2006 2324 10-16-2006 0935
 ATW    Z02-207LAD HOUSE Z/RANGE 02/BED 207L AD   08-07-2006 2340 10-03-2006 2324
 ATW    Z02-206LAD HOUSE Z/RANGE 02/BED 206L AD   05-14-2006 1800 08-07-2006 2340
 ATW    Z02-218LAD HOUSE Z/RANGE 02/BED 218L AD   04-23-2006 1938 05-14-2006 1800
 ATW    Z02-206LAD HOUSE Z/RANGE 02/BED 206L AD   04-20-2006 1948 04-23-2006 1938
 ATW    R01-101L   HOUSE R/RANGE 01/BED 101L      04-20-2006 1445 04-20-2006 1948
 OKL    Z01-721LAD HOUSE Z/RANGE 01/BED 721L AD   04-18-2006 0002 04-20-2006 0825
 OKL    R01-001L   HOUSE R/RANGE 01/BED 001L      04-17-2006 2106 04-18-2006 0002
 OKL    E04-625U   HOUSE E/RANGE 04/BED 625U      04-17-2006 1850 04-17-2006 2106
 OKL    E04-625L   HOUSE E/RANGE 04/BED 625L      04-17-2006 1800 04-17-2006 1850
 ATL    J03-347U   HOUSE J/RANGE 03/BED 347U      04-13-2006 1904 04-17-2006 1500
 ATL    J03-347L   HOUSE J/RANGE 03/BED 347L      04-06-2006 0610 04-13-2006 1904
 ATL    J03-370L   HOUSE J/RANGE 03/BED 370L      03-15-2006 1253 04-06-2006 0610
 ATL    J03-356L   HOUSE J/RANGE 03/BED 356L      03-14-2006 2315 03-15-2006 1253
 ATL    R01-001L   HOUSE R/RANGE 01/BED 001L      03-14-2006 2139 03-14-2006 2315
 LEE    Z03-154L   HOUSE Z/RANGE 03/BED 154L      03-13-2006 1935 03-14-2006 1340
 LEE    Z03-155L   HOUSE Z/RANGE 03/BED 155L      03-13-2006 1854 03-13-2006 1935
 LEE    Z03-124L   HOUSE Z/RANGE 03/BED 124L      03-13-2006 1833 03-13-2006 1854
 LEE    Z03-155L   HOUSE Z/RANGE 03/BED 155L      02-24-2006 1423 03-13-2006 1833
 LEE    Z04-225L   HOUSE Z/RANGE 04/BED 225L      02-13-2006 1904 02-24-2006 1423
 LEE    Z04-225U   HOUSE Z/RANGE 04/BED 225U      02-13-2006 1904 02-13-2006 1904
 LEE    Z04-224U   HOUSE Z/RANGE 04/BED 224U      01-24-2006 2007 02-13-2006 1904
 LEE    Z04-223U   HOUSE Z/RANGE 04/BED 223U      01-12-2006 2150 01-24-2006 2007
 LEE    Z01-101L   HOUSE Z/RANGE 01/BED 101L      01-12-2006 2005 01-12-2006 2150
 LEE    R01-001L   HOUSE R/RANGE 01/BED 001L      01-12-2006 1254 01-12-2006 2005
 ATL    J03-348L   HOUSE J/RANGE 03/BED 348L      12-28-2005 1651 01-12-2006 0625
 ATL    J04-454L   HOUSE J/RANGE 04/BED 454L      12-20-2005 0107 12-28-2005 1651
 ATL    R01-001L   HOUSE R/RANGE 01/BED 001L      12-19-2005 2114 12-20-2005 0107
 OKL    Z03-713UDS HOUSE Z/RANGE 03/BED 713U DS   12-09-2005 0418 12-19-2005 1010
 OKL    R01-001L   HOUSE R/RANGE 01/BED 001L      12-09-2005 0307 12-09-2005 0418
 OKL    E12-629U   HOUSE E/RANGE 12/BED 629U      12-08-2005 2008 12-09-2005 0307




 G0002       MORE PAGES TO FOLLOW . . .
```

```
  REG NO..: 16016-112 NAME....: VERONICA, SOLORIO CAJERO
  CATEGORY: QTR       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
VIP    Z01-223LAD  HOUSE Z/RANGE 01/BED 223L AD 10-30-2005 0334 12-08-2005 1010
VIP    Z01-108LAD  HOUSE Z/RANGE 01/BED 108L AD 10-25-2005 1248 10-30-2005 0334
VIP    Z01-102UAD  HOUSE Z/RANGE 01/BED 102U AD 06-23-2005 1545 10-25-2005 1248
VIP    Z01-118LAD  HOUSE Z/RANGE 01/BED 118L AD 05-13-2005 1119 06-23-2005 1545
VIP    Z01-116LAD  HOUSE Z/RANGE 01/BED 116L AD 04-19-2005 1904 05-13-2005 1119
VIP    Z01-112LAD  HOUSE Z/RANGE 01/BED 112L AD 03-03-2005 1801 04-19-2005 1904
VIP    Z01-232LAD  HOUSE Z/RANGE 01/BED 232L AD 01-28-2005 1505 03-03-2005 1801
VIP    Z01-204UAD  HOUSE Z/RANGE 01/BED 204U AD 01-02-2005 2034 01-28-2005 1505
VIP    Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD 01-02-2005 2008 01-02-2005 2034
VIP    A53-123U    HOUSE A/RANGE 53/BED 123U    10-28-2004 1225 01-02-2005 2008
VIP    Z01-201LAD  HOUSE Z/RANGE 01/BED 201L AD 10-27-2004 1852 10-28-2004 1225
VIP    R01-001L    HOUSE R/RANGE 01/BED 001L    10-27-2004 1045 10-27-2004 1852
LOM    M01-003U    HOUSE M/RANGE 01/BED 003U    10-20-2004 0924 10-27-2004 0530
LOM    L06-011L    HOUSE L/RANGE 06/BED 011L    10-29-2002 1250 10-20-2004 0924
LOM    L02-010L    HOUSE L/RANGE 02/BED 010L    10-10-2002 0913 10-29-2002 1250
LOM    L01-007U    HOUSE L/RANGE 01/BED 007U    09-18-2002 1235 10-10-2002 0913
LOM    L02-010U    HOUSE L/RANGE 02/BED 010U    12-05-2001 1540 09-18-2002 1235
LOM    L02-009U    HOUSE L/RANGE 02/BED 009U    12-04-2001 1317 12-05-2001 1540
LOM    R01-001L    HOUSE R/RANGE 01/BED 001L    12-04-2001 0806 12-04-2001 1317
LOS    R01-001L    HOUSE R/RANGE 01/BED 001L    12-04-2001 0335 12-04-2001 0336
LOS    R01-001L    HOUSE R/RANGE 01/BED 001L    12-04-2001 0255 12-04-2001 0334
LOS    E07-533L    HOUSE E/RANGE 07/BED 533L    12-23-2000 1138 12-04-2001 0255
LOS    E07-533U    HOUSE E/RANGE 07/BED 533U    11-04-2000 0812 12-23-2000 1138
LOS    E05-502L    HOUSE E/RANGE 05/BED 502L    11-03-2000 1957 11-04-2000 0812
LOS    I06-956L    HOUSE I/RANGE 06/BED 956L    11-01-2000 0735 11-03-2000 1957
LOS    I09-001L    HOUSE I/RANGE 09/BED 001L    10-26-2000 2002 11-01-2000 0735
LOS    R01-001L    HOUSE R/RANGE 01/BED 001L    10-26-2000 1808 10-26-2000 2002
LOS    R01-001L    HOUSE R/RANGE 01/BED 001L    08-25-2000 1112 08-25-2000 1254
LOS    E07-535L    HOUSE E/RANGE 07/BED 535L    08-19-2000 1143 08-25-2000 1112
LOS    E07-535U    HOUSE E/RANGE 07/BED 535U    05-17-2000 0718 08-19-2000 1143
LOS    E12-001L    HOUSE E/RANGE 12/BED 001L    04-25-2000 1152 05-17-2000 0718
LOS    H01-805L    HOUSE H/RANGE 01/BED 805L    04-21-2000 1540 04-25-2000 1152
LOS    F03-629U    HOUSE F/RANGE 03/BED 629U    03-07-2000 0853 04-21-2000 1540
LOS    F01-602L    HOUSE F/RANGE 01/BED 602L    03-04-2000 1015 03-07-2000 0853
LOS    I09-001L    HOUSE I/RANGE 09/BED 001L    02-25-2000 1727 03-04-2000 1015
LOS    R01-001L    HOUSE R/RANGE 01/BED 001L    02-25-2000 1530 02-25-2000 1727



G0000         TRANSACTION SUCCESSFULLY COMPLETED
```