```
REGNO..: 16016-112 NAME: VERONICA, SOLORIO CAJERO

                        RESP OF: THP
                        PHONE..: 812-244-4400    FAX: 812-244-4791
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  72
PROJ REL MT: LIFE                                PAR ELIG DT: N/A
PROJ REL DT: LIFE                                PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 2**

```
REGNO..: 16016-112 NAME: VERONICA, SOLORIO CAJERO

                    RESP OF: THP
                    PHONE..: 812-244-4400   FAX: 812-244-4791
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: CR 00-234 RMT
JUDGE...........................: TAKASUGI
DATE SENTENCED/PROBATION IMPOSED: 11-05-2001
DATE COMMITTED..................: 12-04-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21 USC 846, 841(A): CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE HEROIN, CT. 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 DATE OF OFFENSE................: 02-24-2000
```

```
REGNO..: 16016-112 NAME: VERONICA, SOLORIO CAJERO

                 RESP OF: THP
                 PHONE..: 812-244-4400   FAX: 812-244-4791
-----------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-17-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-17-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-05-2001
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 02-24-2000

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                    02-24-2000   11-04-2001

TOTAL PRIOR CREDIT TIME.........: 620
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE
TIME SERVED.....................:    21 YEARS    14 DAYS

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```