```
THAS9            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-09-2021
PAGE 001 OF                                                         10:34:40
      FUNCTION: L-P SCOPE: REG    EQ 16016-112   OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____    ____    ____    ____    ____    ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___   ___   ___   ___   ___   ___
        TYPE: ___   ___   ___   ___   ___   ___
EVNT FACL: EQ ____    ____    ____    ____    ____    ____
RCV FACL.: EQ ____    ____    ____    ____    ____    ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____    ____    ____    ____    ____    ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT 3**

```
REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F               QTR.: F01-220L   RCV OFC: THP
REMEDY ID: 868140-F1    SUB1: 21AM SUB2:      DATE RCV:   07-07-2016
UNT   RCV..:B/C         QTR RCV.: B01-105L    FACL RCV: THP
UNT   ORG..:B/C         QTR ORG.: B01-105L    FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  2            RESP DUE:
ABSTRACT.: APPEALING INCIDENT REPORT
STATUS DT: 07-18-2016   STATUS CODE: VOD STATUS REASON:
INCRPTNO.:              RCT:    EXT:    DATE ENTD: 07-07-2016
REMARKS..: ACCEPT AS F2



REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F               QTR.: F01-220L   RCV OFC: THP
REMEDY ID: 869385-F1    SUB1: 21AM SUB2:      DATE RCV:   07-18-2016
UNT   RCV..:B/C         QTR RCV.: B01-105L    FACL RCV: THP
UNT   ORG..:           QTR ORG.:              FACL ORG:
EVT FACL.: THP    ACC LEV:                    RESP DUE:
ABSTRACT.: APPEALING INCIDENT REPORT 2864194
STATUS DT: 07-18-2016   STATUS CODE: VOD STATUS REASON:
INCRPTNO.:              RCT:    EXT:    DATE ENTD: 07-18-2016
REMARKS..: ALREADT ASSIGNED NUMBER
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: THP
REMEDY ID: 868140-F2     SUB1: 21AM SUB2:       DATE RCV:    07-18-2016
UNT   RCV..:B/C          QTR RCV.: B01-105L     FACL RCV: THP
UNT   ORG..:B/C          QTR ORG.: B01-105L     FACL ORG: THP
EVT FACL.: THP   ACC LEV:  THP  2                RESP DUE:  SUN  08-07-2016
ABSTRACT.: APPEALING INCIDENT REPORT
STATUS DT: 07-26-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2864194   RCT: P EXT:   DATE ENTD: 07-18-2016
REMARKS..:


REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: THP
REMEDY ID: 999152-F1     SUB1: 26AM SUB2:       DATE RCV:    12-03-2019
UNT   RCV..:A/F          QTR RCV.: F02-219L     FACL RCV: THP
UNT   ORG..:A/F          QTR ORG.: F02-220L     FACL ORG: THP
EVT FACL.: THP   ACC LEV:  THP  2 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: ALLEGES DENIED MEDICAL CARE
STATUS DT: 12-04-2019  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 12-04-2019
REMARKS..: ACCEPTED AS F2
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: THP
REMEDY ID: 999152-F2    SUB1: 26AM SUB2:     DATE RCV:   12-16-2019
UNT  RCV..:A/F          QTR RCV.: F02-220L   FACL RCV: THP
UNT  ORG..:A/F          QTR ORG.: F02-220L   FACL ORG: THP
EVT FACL.: THP   ACC LEV:  THP  2 NCR  1 BOP  1  RESP DUE: SUN  01-05-2020
ABSTRACT.: ALLEGES DENIED MEDICAL CARE
STATUS DT: 01-27-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-20-2019
REMARKS..:


REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: NCR
REMEDY ID: 999152-R1    SUB1: 26AM SUB2:     DATE RCV:   02-10-2020
UNT  RCV..:A/F          QTR RCV.: F02-220L   FACL RCV: THP
UNT  ORG..:A/F          QTR ORG.: F02-220L   FACL ORG: THP
EVT FACL.: THP   ACC LEV:  THP  2 NCR  1 BOP  1  RESP DUE: WED  03-11-2020
ABSTRACT.: ALLEGES DENIED MEDICAL CARE
STATUS DT: 03-09-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-11-2020
REMARKS..:




 G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F                QTR.: F01-220L    RCV OFC: BOP
REMEDY ID: 999152-A1     SUB1: 26AM SUB2:      DATE RCV:   04-13-2020
UNT   RCV..:D/E         QTR RCV.: F02-220L     FACL RCV: THP
UNT   ORG..:A/F         QTR ORG.: F02-220L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  2 NCR  1 BOP  1   RESP DUE: FRI  06-12-2020
ABSTRACT.: ALLEGES DENIED MEDICAL CARE
STATUS DT: 05-27-2020   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-24-2020
REMARKS..:


REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F                QTR.: F01-220L    RCV OFC: THP
REMEDY ID: 1056462-F1    SUB1: 13GM SUB2:      DATE RCV:   11-06-2020
UNT   RCV..:A/F         QTR RCV.: F02-220L     FACL RCV: THP
UNT   ORG..:A/F         QTR ORG.: F02-220L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1 NCR  1 BOP  1   RESP DUE: THU  11-26-2020
ABSTRACT.: REQUESTS COMPASSIONATE RELEASE
STATUS DT: 11-23-2020   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-12-2020
REMARKS..: AR RECEIPTED 11/12/2020- ERROR IN ENTRY




     G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: NCR
REMEDY ID: 1056462-R1    SUB1: 13GM SUB2:       DATE RCV:   12-03-2020
UNT   RCV..:A/F         QTR RCV.: F02-220L     FACL RCV: THP
UNT   ORG..:A/F         QTR ORG.: F02-220L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1 NCR  1 BOP  1   RESP DUE:  MON  02-01-2021
ABSTRACT.: REQUESTS COMPASSIONATE RELEASE
STATUS DT: 12-18-2020   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-04-2020
REMARKS..:


REGNO: 16016-112 NAME: VERONICA, SOLORIO
RSP OF...: THP UNT/LOC/DST: A/F              QTR.: F01-220L   RCV OFC: BOP
REMEDY ID: 1056462-A1    SUB1: 13GM SUB2:       DATE RCV:   01-27-2021
UNT   RCV..:A/F         QTR RCV.: F01-222L     FACL RCV: THP
UNT   ORG..:A/F         QTR ORG.: F02-220L     FACL ORG: THP
EVT FACL.: THP    ACC LEV:  THP  1 NCR  1 BOP  1   RESP DUE:  SUN  03-28-2021
ABSTRACT.: REQUESTS COMPASSIONATE RELEASE - COVID
STATUS DT: 02-01-2021   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-01-2021
REMARKS..:




              10 REMEDY SUBMISSION(S) SELECTED
   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```