**Administrative Remedy No. 999152-A1**
**Part B – Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you have been denied adequate medical treatment due to deliberate indifference by Health Services staff. For relief, you request the deliberate indifference be addressed.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. We note your allegations of staff misconduct; however, you did not support this contention by offering any credible evidence. Rather, you provided a general statement not substantiated by facts. Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Considering the foregoing, this response is provided for informational purposes only.

5/27/20
Date

Ian Connors, Administrator
National Inmate Appeals

**ATTACHMENT 4**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Solorio, Veronica C.__ __16016-112__ __F-2__ __U.S.P. TH__
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL:** I am appealing Administrative Remedy Number 999152-R1 because my issue has yet to be addressed. There are no entries in my BEMR Record on Sept. 27, 2019 due to the fact I was "denied" medical attention by medical staff in the medical department namely by CMA P. Elmer., Although I was assessed by "Unit Staff" who gave a direct order to report to the Medical Department due to what they saw upon me, severe pain, unable to get out of bed without assistance of fellow inmates and multiple other issues. If allegations of staff misconduct of staff are taken seriously, why has the issue not been addressed? When I returned on the 30th due to being denied medical treatment on the 27th, I had to be rushed to the local hospital which the record speaks for itself. Her (P. Elmer') deliberate indifference caused me to have further harm, was cruel and unusual punishment, and is in violation of multiple constitutional rights. I have even asked for the camera's to be reviewed in this matter to prove I was "directed" by fellow officers to go to the medical department as well as see that indeed I reported to the medical department on this date Sept. 27, 2019 and I was sent away in haste and with threat of disciplinary action. Address the issue of deliberate indifference.

__March 24, 2020__                           *Solorio Veronica*
    DATE                                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

(5-23-2020)

**RECEIVED**
APR 13 2020
Administrative Remedy Section
Federal Bureau of Prisons

_____            GENERAL COUNSEL
DATE                             CASE NUMBER: __999152-A1__
FIRST COPY: WASHINGTON FILE COPY

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____         _____
DATE                             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                                    BP-231(13)
                                                                                        JUNE 2002

| U. S. Department of Justice | |
|---|---|
| Federal Bureau of Prisons | Regional Administrative Remedy Appeal |
| North Central Regional Office | Part B - Response |

**Administrative Remedy Number**: 999152-R1

This is in response to your Regional Administrative Remedy Appeal received on February 10, 2020. You allege you have been denied appropriate medical care for an emergency. For relief, you want an investigation to be completed.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. A review of your electronic medical record indicates you were evaluated on September 30, 2019, for acute abdominal pain and sent to the local emergency department. There are no entries in your record for the date in question, September 27, 2019. Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level. We encourage you to utilize sick call for your medical needs.

Furthermore, the Bureau of Prisons is committed to our mission of providing inmates essential health care and a safe and humane environment to live. All allegations of staff misconduct are taken seriously. Your allegations have been forwarded to the appropriate department for review. However, the results of the review are not releasable to you.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_3/7/20_
Date

_J. E. Krueger_, Regional Director

**U.S. Department of Justice**            **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Veronica, Solorio__    __16016-112__    __F-2__    __USP-TH__
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL:** Due to statements that any reasonable jurist or person in authority would know. This inmate, me, Veronica Solorio states under oath and penalty of perjury he does "NOT" possess any keys and/or radios to this facility. U.S.P. Terre Haute is a "Controled Movement" facility. But, to further my claim I state the following information: On September 27, 2019 when I reported to the Medical Services Department, it infact was a "Medical Emergenc Authorized by Two (2) Staff Memembers" namely Officer Butler, and Officer Ms. Karen who witnessed my emergency and called the corridor officer, unlocked the F-2 Dorm and authorized "If they ask in medical, tell them we sent you." This response only furthers my initial claims of Deliberate Indifference and also denial of medical attention. Both violations of Program Statement Policy, as well as a Constitutional Right to be free from Cruel and Unusual Punishment.

I am seeking further investigation into these factual claims, that a review of the Health Services Camera for Sept. 27, 2019 be reviewed and documented for further use as well as Housing Unit F-2 Camera at 11:55 AM on the same date that supports this Remedy No.: 999152-F2

__February 4, 2020__                _Solorio Veronica_
   DATE                                                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED FEB 10 2020 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

---

       DATE                                                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: __999152-R1__

**Part C - RECEIPT**

                                                                                CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

---

       DATE                                                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

                                                                                                   BP-230(13)

Remedy No.: 999152-F2                               FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted December 16, 2019, in which you allege you were denied medical attention and deliberate indifference on September 27, 2019. For relief, you request medical be aware of their deliberate indifference, medical care be provided in accordance with policy, and this incident be documented as seeking Administrative Remedies.

A review of your request reveals on Friday, September 27, 2019, you were not on the call out for Health Services. The Health Services department only sees inmates without prior authorization on an emergent basis. Inmates are able to come to Health Services during sick call on Monday, Tuesday, Thursday, and Friday mornings during the breakfast meal to be evaluated and to address medical concerns. If an inmate is having medical problems after sick call has been completed, they need to speak with their housing unit officer or work supervisor to make arrangements for Health Services staff to evaluate the complaint. As you were not on the call out and did not make arrangements prior to coming to Health Services, you were therefore out of bounds. If you have medical issues or concerns you feel need to be discussed, you are encouraged to utilize sick call to address these complaints.

Therefore, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_1/22/20_  
Date

T. J. Watson, Complex Warden

U.S. DEPARTMENT OF JUSTICE　　　　　　　　　REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Veronica, Solorio　　　　　16016-112　　　F-2　　　U.S.P. T H.
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A- INMATE REQUEST** I am appealing my initial BP-8 Administrative Remedy - Informal Resolution responded to by the Health Services Administrator on Nov. 27th, 2019. I spoke directly with him today as well at 12:00 PM and attempted to resolve my issue with a full description and his response you see on my Informal Resolution. I was not given any documentation by Mrs. Pelmore C.M.A. on Sept. 27th, 2019 at approx. 12:20 PM because of her deliberate indifference to treat me. Stating "Mr. Veronica, this is not an outside hospital..." but her direct order (emphasis added) was to return to my dorm immediately, nor would she allow me any further explanation as to why I was seeking medical assistance. This is why my initial BP-8 states Sept. 27, 2019 at 12:10 PM I was denied medical attention. Deliberate Indifference. With verification of the Institutional Cameras throughout, as well as an employee time sheet that verifies the information provided, the documentation that the H.S.A. seeks, would be self verifying with the facts I have already provided. This is in violation of Program Statement P6013.01 and verifiable on it's own accord. The H.S.A. is also now in violation of policy that includes discrimination because he refuses to access the information provided him throughout the entire institution.

Nov. 27, 2019　　　　　　　　　　　　　　　　　　*Solorio Veronica*
　　DATE　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED　　RECEIVED
USP Terre Haute　USP Terre Haute
DEC 03 2019　　DEC 16 2019

Administrative　Administrative
Remedy Clerk　Remedy Clerk

　　DATE
If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE　　　　　　　　　　　CASE NUMBER: _____

　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION
SUBJECT: _____

　　DATE　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN　　　　　　　　　　　　　　　　　　　　　　　BP-229(13)
　　　　　PRINTED ON RECYCLED PAPER　　　　　　　　　　APRIL 1982

Attachment 1

# FCC Terre Haute

## Administrative Remedy – Informal Resolution

| Inmate Name: Veronica Solorio | Register #: ~~16116~~ - 16016 - 112 |
|---|---|
| Unit: F2 | Date Submitted: Nov. 22, 2019 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a:** Briefly state your specific single complaint: In accordance with Program Statement OPI: HSD/OQM Number: P6013.01 Health Care Rights and Responsibilities: "You have the right to receive health care in a manner that recognizes your basic human rights." 1. "You have the right to access health care services based on the local procedures at your institution."; 9. "You have the right to report complaints of pain to your health care provider, have your pain assessed & managed in a timely & medically acceptable manner..." Sept. 27, 2019 at 12:10 PM I was denied medical attention. Deliberate Indifference.

**Section 1b:** Briefly state the resolution you request: I request that medical be aware of their deliberate indifference, and that medical care be provided in accordance with policy continuously. And finally that this incident be documented as seeking administrative remedies.

Inmate Signature: X

Counselor Printed Name/Signature: R Weyrauch / RWeyr__

Section 2: Department Assigned: Medical

Date Assigned: 11/19/19    Date Due: 11/29/19

| | | | |
|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☒ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

**Section 3: Department Head Response**

X — Issue Resolved Comments: Initially seen on 9-30-19 & sent to EK and remained at hospital (community) until his return on 10-16-19. Pt reports he was denied care on 9-27-19, however I do not have any documentation verifying this information.

Issue Un-resolved Comments:

Unable to Address Issue Comments:

Inmate Signature if Resolved:                             Date:

Staff Signature: (illegible) HSA                          Date: 11-27-19

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 11/19/19 | 11/22/19 | 11-27-19 | 11-27-19 | | |
| Time | 1020 | 1400 | 1500 | 1600 | | |
| Staff | RW | RW | RW | RW | | |

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 4, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE USP

TO  : SOLORIO CAJERO VERONICA, 16016-112
      TERRE HAUTE USP    UNT: A/F    QTR: F02-220L
      4700 BUREAU ROAD SOUTH
      TERRE HAUTE,  IN 47802


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 999152-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : DECEMBER 3, 2019
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

To Admin Remedy Clerk

Inmate Veronica 16016-112 went to the outside hospital on 9/30/19 and didn't return until 10/16/19 at 1729 hrs. Then from 11/5/19 to 11/14/19 he was back and forth from SHU to outside hospital due to medical issues. When he was able to see me, R. Weyrauch, on 11/19/19 he requested a BP8 to start his admin remedy process.

Ive included a copy of his quarter changes for reference.

Thanks, R Weyrauch CC

12/13/19

Admin Remedy Clerk

REG NO..: 16016-112 NAME....: VERONICA, SOLORIO CAJERO
CATEGORY: QTR       FUNCTION: PRT       FORMAT:

```
FCL   ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
THP   F02-220L    HOUSE F/RANGE 02/BED 220L    12-04-2019 0900  CURRENT
THP   F02-219L    HOUSE F/RANGE 02/BED 219L    11-21-2019 1143  12-04-2019 0900
THP   F02-219L    HOUSE F/RANGE 02/BED 219L    11-14-2019 1855  11-21-2019 1005
THP   H01-001L    HOUSE H/RANGE 01/BED 001L    11-14-2019 1630  11-14-2019 1758
THP   Z03-150LAD  HOUSE Z/RANGE 03/BED 150L AD 11-13-2019 2030  11-14-2019 1059
THP   Z01-102LAD  HOUSE Z/RANGE 01/BED 102L AD 11-13-2019 2012  11-13-2019 2030
THP   F02-219L    HOUSE F/RANGE 02/BED 219L    11-06-2019 1031  11-13-2019 2012
THP   Z01-114LAD  HOUSE Z/RANGE 01/BED 114L AD 11-06-2019 1029  11-06-2019 1031
THP   Z01-114LAD  HOUSE Z/RANGE 01/BED 114L AD 11-05-2019 2014  11-06-2019 0913
THP   Z01-102LAD  HOUSE Z/RANGE 01/BED 102L AD 11-05-2019 1958  11-05-2019 2014
THP   F02-219L    HOUSE F/RANGE 02/BED 219L    10-16-2019 1729  11-05-2019 1958
THP   F02-219L    HOUSE F/RANGE 02/BED 219L    09-29-2019 0922  09-30-2019 1759
THP   F02-219U    HOUSE F/RANGE 02/BED 219U    05-24-2019 0900  05-29-2019 0922
THP   B01-105L    HOUSE B/RANGE 01/BED 105L    12-15-2017 0900  05-24-2019 0900
THP   B01-106L    HOUSE B/RANGE 01/BED 106L    06-14-2017 0649  12-15-2017 0900
THP   B01-105L    HOUSE B/RANGE 01/BED 105L    10-25-2013 1403  06-14-2017 0649
THP   B01-116L    HOUSE B/RANGE 01/BED 116L    10-25-2013 1314  10-25-2013 1403
THP   B01-117L    HOUSE B/RANGE 01/BED 117L    04-16-2010 1158  10-25-2013 1314
THP   B01-117U    HOUSE B/RANGE 01/BED 117U    04-13-2010 1044  04-16-2010 1158
THP   B01-203L    HOUSE B/RANGE 01/BED 203L    03-09-2009 2025  04-13-2010 1044
THP   R01-001L    HOUSE R/RANGE 01/BED 001L    03-09-2009 1601  03-09-2009 2025
OKL   Z01-706LAD  HOUSE Z/RANGE 01/BED 706L AD 03-03-2009 2100  03-09-2009 0340
OKL   R01-001L    HOUSE R/RANGE 01/BED 001L    03-03-2009 1635  03-03-2009 2100
GIL   R01-001L    HOUSE R/RANGE 01/BED 001L    03-03-2009 0632  03-03-2009 0736
GIL   Z01-205UAD  HOUSE Z/RANGE 01/BED 205U AD 02-07-2009 2040  03-03-2009 0632
GIL   Z01-201UAD  HOUSE Z/RANGE 01/BED 201U AD 01-24-2009 1902  02-07-2009 2040
GIL   Z01-204UAD  HOUSE Z/RANGE 01/BED 204U AD 01-06-2009 1857  01-24-2009 1902
GIL   Z02-109LDS  HOUSE Z/RANGE 02/BED 109L DS 01-03-2009 1948  01-06-2009 1857
GIL   Z02-110LDS  HOUSE Z/RANGE 02/BED 110L DS 12-21-2008 1206  01-03-2009 1948
GIL   Z02-110LDS  HOUSE Z/RANGE 02/BED 110L DS 12-21-2008 1417  12-22-2008 1055
GIL   Z04-001L    HOUSE Z/RANGE 04/BED 001L    12-21-2008 1148  12-21-2008 1417
HAZ   R01-001L    HOUSE R/RANGE 01/BED 001L    12-21-2008 0550  12-21-2008 0659
HAZ   Z05-159LAD  HOUSE Z/RANGE 05/BED 159L AD 12-12-2008 1149  12-21-2008 0550
HAZ   Z05-158LAD  HOUSE Z/RANGE 05/BED 158L AD 12-11-2008 0403  12-12-2008 1149
HAZ   Z05-159LAD  HOUSE Z/RANGE 05/BED 159L AD 12-10-2008 1219  12-11-2008 0403
HAZ   Z05-158UAD  HOUSE Z/RANGE 05/BED 158U AD 11-22-2008 1256  12-10-2008 1219
HAZ   Z05-157UAD  HOUSE Z/RANGE 05/BED 157U AD 11-06-2008 1344  11-22-2008 1256
HAZ   Z05-156UAD  HOUSE Z/RANGE 05/BED 156U AD 10-29-2008 0946  11-06-2008 1344
HAZ   Z05-157UAD  HOUSE Z/RANGE 05/BED 157U AD 10-12-2008 2249  10-29-2008 0946
HAZ   Z05-145LAD  HOUSE Z/RANGE 05/BED 145L AD 10-12-2008 2204  10-12-2008 2249
HAZ   Z05-157UAD  HOUSE Z/RANGE 05/BED 157U AD 09-30-2008 0859  10-12-2008 2204
```

*[Handwritten annotations in right margin:]* Hospital / SHU / Returned / Hospital

G0002      MORE PAGES TO FOLLOW....

*[Handwritten notes at bottom:]*

To hospital 9/30/19 1759 HRS
Returned from hospital 10/16/19 1729 HRS

11/5/19 thru 11/14 was back in forth from SHU to outside hospital due to medical issues.

On 11/19/19 requested BP8



U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution  ☒ Region  ☐ Central

A/F _____ Unit

# Receipt of Administrative Remedy

| Inmate Name: | Veronica | Reg. No.: | 16016-112 |
|---|---|---|---|
| Administrative Remedy No.: | 999152-R1 | | |

Received on this __24th__ day of __March__, 2020.

__CC Rush__
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2020.

Edits received by Unit Team on this _____ day of _____, 2020.

_____
Signature/Title of Staff

**Inmate Copy**



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

| ☒ Institution ☐ Region ☐ Central |
|---|
| F-2 Unit |

# Receipt of Administrative Remedy

| Inmate Name: | VERONICA, Solorio | Reg. No.: | 16016-112 |
|---|---|---|---|
| Administrative Remedy No.: | 999152-F2 | | |

Received on this _4th_ day of _Feb_, 2020.

_____
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2020.

Edits received by Unit Team on this _____ day of _____, 2020.

_____
Signature/Title of Staff

**Inmate Copy**



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☒ Institution ☐ Region ☐ Central

__A/F   SHU__ Unit

# Receipt of Administrative Remedy

| Inmate Name: | VERONICA, Solorio | Reg. No.: | 16016-112 |
|---|---|---|---|
| Administrative Remedy No.: | 999152-F1 | | |

Received on this __13th__ day of __Dec__, 2019.

__cc Rwh__
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

Resubmitted on additional info.    12/13/19 with
                                    cc R Weyrauch